# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00040-CV

### Berit McMillan and Gerald McMillan, Appellants

### v.

### Tally Two Investment Group LLC, Appellee

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-001841, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants' brief on appeal was originally due April 6, 2018. On appellants' motions, the time for filing was extended to July 2, 2018. Appellants have now filed a third motion, requesting that the Court extend the time for filing appellants' brief. We grant in part the motion for extension of time and order appellants to file a brief no later than August 6, 2018. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on July 13, 2018.

Before Chief Justice Rose, Justices Pemberton and Field